## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas F. Morrison aka Thomas Frank Morrison aka Tom Morrison &             Debroah S. Morrison aka Deborah Susan Morrison aka Deborah S. Calderone aka Debroah S. Kolenc aka Deborah S. Stile <br>                Debtors | CHAPTER 13 <br><br> BKY. NO. 14-23949 JAD |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Nationstar Mortgage LLC as Servicer for The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2003-B, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8414

                                         Respectfully submitted,

                                         **/s/ Joshua I. Goldman, Esquire**
                                         Joshua I. Goldman, Esquire
                                         jgoldman@kmllawgroup.com
                                         Attorney I.D. No. 205047
                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106
                                         Phone: 215-825-6306
                                         Fax: 215-825-6406
                                         Attorney for Movant/Applicant