Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Thomas F. Morrison** | : | Case No. 14–23949–JAD |
| **aka Thomas Frank Morrison, aka Tom** | : | Chapter: 13 |
| **Morrison** | : | |
| **Deborah S. Morrison** | : | |
| **aka Deborah Susan Morrison, aka Deborah S.** | : | |
| **Calderone, aka Deborah S. Stile, and others...** | : | Related to Claim No. 13 |
| *Debtor(s)* | : | |
| | : | |
| The Bank of New York Mellon fka The Bank of | : | |
| New York, as successor in interest to JPMorgan | : | |
| Chase Bank, as Trustee for Centex Home Equity | : | |
| loan Trust 2003–B | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Thomas F. Morrison aka Thomas Frank Morrison, | : | |
| aka Tom Morrison | : | |
| Deborah S. Morrison aka Deborah Susan | | |
| Morrison, aka Deborah S. Calderone, aka | | |
| Deborah S. Stile, | | |
| Ronda J. Winnecour, Esq., Trustee | | |
| *Respondent.* | | |

## ORDER

**AND NOW**, this **12th day of October, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *The Bank of New York Mellon fka The Bank of New York, as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity loan Trust 2003–B* at Claim No. 13 in the above–captioned bankruptcy case,

It is hereby **ORDERED** that **on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self–schedule a hearing on the matter pursuant to the Court's procedures.

*The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Thomas F. Morrison
Deborah S. Morrison
    Debtors

Case No. 14-23949-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: culy       Page 1 of 1       Date Rcvd: Oct 12, 2016
                       Form ID: 237      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2016.
db/jdb         +Thomas F. Morrison,    Deborah S. Morrison,    523 Hickory Drive,    West Newton, PA 15089-1294

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13980825       +E-mail/Text: bncmail@w-legal.com Oct 13 2016 02:31:07      Bank of New York Mellon,
                 C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
                                                                                                                            TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2016 at the address(es) listed below:
         Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com,
          DanS@w-legal.com
         Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
          York, as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan
          Trust 2003-B bkgroup@kmllawgroup.com
         Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A
          bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Robert S. Shreve    on behalf of Debtor Thomas F. Morrison rsshreve@akmanpc.com,
          akmanesq@akmanpc.com;shrevebob@verizon.net;donnacompel@gmail.com
         Robert S. Shreve    on behalf of Joint Debtor Deborah S. Morrison rsshreve@akmanpc.com,
          akmanesq@akmanpc.com;shrevebob@verizon.net;donnacompel@gmail.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                         TOTAL: 7