UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Thomas F. Morrison and : | BANKRUPTCY NO.: 14-23949-JAD |
| | aka Thomas Frank Morrison, aka : | |
| | Tom Morrison : | CHAPTER 13 |
| | Deborah S. Morrison : | |
| | aka Deborah Susan Morrison : | |
| | aka Deborah S. Calderone, aka : | Related to Claim No. 13 |
| | Deborah S. Stile, and others … : | |
| | Debtors : | |
| | : | |
| | The Bank of New York Mellon; : | |
| | Nationstar Mortgage, LLC, : | |
| | Movant, : | |
| | : | |
| | vs. : | |
| | : | |
| | Thomas F. Morrison and : | |
| | aka Thomas Frank Morrison, aka : | |
| | Tom Morrison : | |
| | Deborah S. Morrison : | |
| | aka Deborah Susan Morrison : | |
| | aka Deborah S. Calderone, aka : | |
| | Deborah S. Stile, and others … : | |
| | Ronda J. Winnecour, Esq., Trustee : | |
| | Respondent. : | |

## **DECLARATION**

AND NOW, comes the Debtors, Thomas F. Morrison and Deborah S. Morrison, by their counsel, Robert S. Shreve, Esquire and Akman and Associates, P.C. and states that the current Chapter 13 Plan is sufficient to fund the modified monthly mortgage payment of $696.50 requested by the Movant.

Date: October 17, 2016                    AKMAN & ASSOCIATES, P.C.

                                          BY: /s/ Robert S. Shreve
                                          Robert S. Shreve, Esquire
                                          PA I.D. No.:   42918
                                          345 Southpointe Blvd., Suite 100
                                          Canonsburg, PA 15317
                                          Phone #: (724) 514-1001
                                          rsshreve@akmanpc.com

F:\OFFICE\CLIENTS\M\MD - MZ\MORRISONTHOMAS\BANKRUPTCY\DECLARATION 04.DOCX