**Form 237**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Thomas F. Morrison** | : | Case No. 14–23949–JAD |
| **aka Thomas Frank Morrison, aka Tom Morrison** | : | Chapter: 13 |
| **Deborah S. Morrison** | : | |
| **aka Deborah Susan Morrison, aka Deborah S. Calderone, aka Deborah S. Stile, and others...** | : | Related to Claim No. 13 |
| *Debtor(s)* | : | |
| | : | |
| The Bank of New York Mellon, et al. | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Thomas F. Morrison | : | |
| Deborah S. Morrison | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

      **AND NOW**, this **13th day of March, 2017,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***The Bank of New York Mellon, et al.*** at Claim No. 13 in the above−captioned bankruptcy case,

      It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an ***AMENDED CHAPTER 13 PLAN;***

(2) a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

      Jeffery A. Deller
      United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 14-23949-JAD
Thomas F. Morrison                                              Chapter 13
Deborah S. Morrison
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: culy                  Page 1 of 1                  Date Rcvd: Mar 13, 2017
                               Form ID: 237                Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2017.
```
db/jdb         +Thomas F. Morrison,    Deborah S. Morrison,    523 Hickory Drive,    West Newton, PA 15089-1294
                The Bank of New York Mellon, et al.,    Aldridge Pite, LLP Attn: Michele DeWitt,    PO Box 17983,
                 San Diego, CA  92177
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13980825       +E-mail/Text: bncmail@w-legal.com Mar 14 2017 01:51:32      Bank of New York Mellon,
                 C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
                                                                                             TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2017 at the address(es) listed below:
```
              Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com,
               DanS@w-legal.com
              James Warmbrodt     on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust
               2003-B bkgroup@kmllawgroup.com
              Joshua I. Goldman     on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan
               Trust 2003-B bkgroup@kmllawgroup.com
              Joshua I. Goldman     on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert S. Shreve    on behalf of Joint Debtor Deborah S. Morrison rsshreve@akmanpc.com,
               akmanesq@akmanpc.com;shrevebob@verizon.net;donnacompel@gmail.com
              Robert S. Shreve    on behalf of Debtor Thomas F. Morrison rsshreve@akmanpc.com,
               akmanesq@akmanpc.com;shrevebob@verizon.net;donnacompel@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```