UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    Thomas F. Morrison and | : | BANKRUPTCY NO.: 14-23949-JAD |
| aka Thomas Frank Morrison, aka | : | |
| Tom Morrison | : | CHAPTER 13 |
| Deborah S. Morrison | : | |
| aka Deborah Susan Morrison | : | |
| aka Deborah S. Calderone, aka | : | Related to Claim No. 13 |
| Deborah S. Stile, and others … | : | |
| Debtors | : | |
| | : | |
| The Bank of New York Mellon, et al. | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Thomas F. Morrison and | : | |
| aka Thomas Frank Morrison, aka | : | |
| Tom Morrison | : | |
| Deborah S. Morrison | : | |
| aka Deborah Susan Morrison | : | |
| aka Deborah S. Calderone, aka | : | |
| Deborah S. Stile, and others … | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| Respondent. | : | |

## **DECLARATION**

AND NOW, comes the Debtors, Thomas F. Morrison and Deborah S. Morrison, by their counsel, Robert S. Shreve, Esquire and Akman and Associates, P.C. and states that the current Chapter 13 Plan is sufficient to fund the modified monthly mortgage payment of $700.52 requested by the Movant.

Date: March 23, 2017                     AKMAN & ASSOCIATES, P.C.

                                         BY: /s/ Robert S. Shreve
                                         Robert S. Shreve, Esquire
                                         PA I.D. No.:   42918
                                         345 Southpointe Blvd., Suite 100
                                         Canonsburg, PA 15317
                                         Phone #: (724) 514-1001
                                         rsshreve@akmanpc.com

F:\OFFICE\CLIENTS\M\MD-MZ\MORRISONTHOMAS\BANKRUPTCY\DECLARATION 05.DOCX