PAWB Form 7 (3/12)

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Thomas F. Morrison and | : | BANKRUPTCY NO.: 14-23949-JAD |
| | aka Thomas Frank Morrison, aka | : | |
| | Tom Morrison | : | CHAPTER 13 |
| | Deborah S. Morrison | : | |
| | aka Deborah Susan Morrison | : | |
| | aka Deborah S. Calderone, aka | : | Related to Claim No. 13 |
| | Deborah S. Stile, and others … | : | |
| | Debtors | : | |
| | | : | |
| | The Bank of New York Mellon, et al | : | |
| | Movant, | : | |
| | | : | |
| | vs. | : | |
| | | : | |
| | Thomas F. Morrison and | : | |
| | aka Thomas Frank Morrison, aka | : | |
| | Tom Morrison | : | |
| | Deborah S. Morrison | : | |
| | aka Deborah Susan Morrison | : | |
| | aka Deborah S. Calderone, aka | : | |
| | Deborah S. Stile, and others … | : | |
| | Ronda J. Winnecour, Esq., Trustee | : | |
| | Respondent. | : | |

**CERTIFICATE OF SERVICE OF DECLARATION**

I certify under penalty of perjury that I served the Declaration on the parties at the addresses specified below or on the attached list on **March 23, 2017.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class Mail, Postage Pre-paid.**

If more than one method of service was employed, the certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail".

Ronda J. Winnecour, Trustee
Office of the Chapter 13 Trustee
3250 U. S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Michele A. DeWitt
Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
PO Box 17933
San Diego, CA 92177

EXECUTED ON: March 23, 2017

s/ Robert S. Shreve
Robert S. Shreve, Esquire
Akman & Associates
345 Southpointe Blvd., Suite 100
Canonsburg, PA 15317
(724) 514-1001
PA Bar I.D. #42918
rsshreve@akmapc.com

F:\OFFICE\CLIENTS\M\MD-MZ\MORRISONTHOMAS\BANKRUPTCY\CERTIFICATE OF SERVICE OF DECLARATION 05.DOCX