# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Thomas F. Morrison** | : | Case No. 14–23949–JAD |
| aka Thomas Frank Morrison, aka Tom Morrison | : | Chapter: 13 |
| **Deborah S. Morrison** | : | |
| aka Deborah Susan Morrison, aka Deborah S. Calderone, aka Deborah S. Stile, and others... | : | Related to Claim No. 13 |
| *Debtor(s)* | : | |
| | : | |
| The Bank of New York Mellon, c/o Christopher Giacinto | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Thomas F. Morrison and Deborah S. Morrison | : | |
| *Respondent.* | : | |

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Notice of Mortgage Payment Change or Notice of Post–Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

Failure to comply with *W.PA.LBR 5005–13*. All documents filed electronically that have been created, authored, or customized by the electronic filer must be filed in a format that allows the Court to perform a full text search in accordance with *W.PA.LBR 5005–13*. For instructions on creating a PDF in the proper format, you may refer to the Online Attorney Training Manual on the Court's website. Required corrective action due <u>June 18, 2019</u>.

Dated: June 4, 2019

<u>/s/ Hayley Smith</u>
Deputy Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Thomas F. Morrison
Deborah S. Morrison
    Debtors

Case No. 14-23949-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: hsmi        Page 1 of 1        Date Rcvd: Jun 04, 2019
                      Form ID: 128        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2019.
db/jdb         +Thomas F. Morrison,   Deborah S. Morrison,   523 Hickory Drive,   West Newton, PA 15089-1294
aty            +Robert S. Shreve,   Akman & Associates PC,   345 Southpointe Boulevard,   Suite 100,
               Canonsburg, PA 15317-8579
              +The Bank of New York Mellon,   c/o Christopher Giacinto,   Padgett Law Group,
               6267 Old Water Oak Road,   Suite 203,   Tallahassee, FL 32312-3858

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2019 at the address(es) listed below:
          Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com,
           DanS@w-legal.com
          James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
           as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust
           2003-B bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
           York, as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan
           Trust 2003-B bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A
           bkgroup@kmllawgroup.com
          Kevin M Buttery    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
           as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust
           2003-B kbuttery@rascrane.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert S. Shreve    on behalf of Joint Debtor Deborah S. Morrison rsshreve@akmanpc.com,
           akmanesq@akmanpc.com;shrevebob@verizon.net;arderian@akmanlegal.com
          Robert S. Shreve    on behalf of Debtor Thomas F. Morrison rsshreve@akmanpc.com,
           akmanesq@akmanpc.com;shrevebob@verizon.net;arderian@akmanlegal.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                TOTAL: 9