**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/06/2019

IN RE:

THOMAS F. MORRISON
DEBORAH S. MORRISON
523 HICKORY DRIVE
WEST NEWTON, PA 15089
XXX-XX-9127         Debtor(s)

XXX-XX-1144

Case No.14-23949 JAD

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/6/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **MON VALLEY COMMUNITY F C U**<br>1932 MAIN ST<br>PO BOX 189<br>ALLENPORT, PA  15412 | Trustee Claim Number: 1   INT %: 12.00%<br>Court Claim Number: 10<br>CLAIM: 517.66<br>COMMENT: 931@12%@K/PL*20.71MO/PL*DK*CL: 849.05  PIF/CR/LTR | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1144 |
| **MON VALLEY COMMUNITY F C U**<br>1932 MAIN ST<br>PO BOX 189<br>ALLENPORT, PA  15412 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: LTCD/CONF*470.42/PL*472x(60+2)=LMT*DK!!! | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1144,LN 11 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O NATIONSTAR MORTGAGE LLC*<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 10-14 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8414 |
| **SPRINGLEAF FUNDING TRUST 2013-A\***<br>SPRINGLEAF FINANCIAL SVCS OF PA INC(*)<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number: 4   INT %: 3.50%<br>Court Claim Number: 2-2<br>CLAIM: 7,924.59<br>COMMENT: C2-2 GOVS@3.5%@MDF/PL*CRSS-CLLTRLZD*9.5%/FACE*AMD*PMT/CONF | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 9667 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 17,548.34<br>COMMENT: CL 3 GOVS*20584.77@3%/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9127 |
| **ROSTRAVER TWP SWG AUTHORITY**<br>207 MUNICIPAL DR*<br>BELLE VERNON, PA  15012 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 8,231.37<br>COMMENT: CL 1 GOVS@SEC*$CL-PL@0.1%@SEC/PL*NO ACCT-YRS-PROP-%@PRI/CL*PAY TH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: NONE |
| **BANK OF AMERICA\*\***<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br>NEWARK, DE  19713 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8491 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 531.94<br>COMMENT: CITIBANK~BEST BUY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3858 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 3,555.37<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2908 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 3,556.40<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4532 |

| Creditor | Trustee/Court Claim | Credit Info |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 3,519.29<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6816 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 3,106.52<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8557 |
| **CAVALRY SPV I LLC - ASSIGNEE***<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br><br>TUSCON, AZ  85715 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 2,958.69<br>COMMENT: 1763/SCH*CAP 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4547 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0994 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7917 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SLATE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5118 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 4,512.33<br>COMMENT: SYNCHRONY BANK~AEO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6275 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br><br>MIAMI, FL  33131-1605 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~AMERICAN EAGLE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0497 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 1,879.60<br>COMMENT: SYNCHRONY BANK~CARE CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9155 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 4,829.04<br>COMMENT: SYNCHRONY BANK~LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0044 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 5,607.88<br>COMMENT: SYNCHRONY BANK~SAMS CLUB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7777 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~WALMART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3754 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 1,883.94<br>COMMENT: CL 3 GOVS*NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9127 |
| **ROSTRAVER TWP SWG AUTHORITY**<br>207 MUNICIPAL DR*<br><br>BELLE VERNON, PA 15012 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 0.00<br>COMMENT: NT/PL*PAY WHICH?~W/CL 1*~DISREGARD CL 4 /LTR 12/15/14 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1640 |
| **DANIEL B SULLIVAN ESQ++**<br>WEINSTEIN & RILEY PS<br>260 W 36TH ST 8TH FL<br>NEW YORK, NY 10018 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: USAA FDRL SVNG/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JOSHUA I GOLDMAN ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NATIONSTAR MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |