IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Thomas F. Morrison a/k/a Thomas Frank Morrison and Deborah S. Morrison, a/k/a Deborah Susan Morrison, a/ka/ Deborah S. Calderone, a/k/a Deborah S. Stile and others,<br>　　　　Debtors<br>　　And<br><br>Thomas F. Morrison a/k/a Thomas Frank Morrison and Deborah S. Morrison, a/k/a Deborah Susan Morrison, a/k/a Deborah S. Calderone, a/k/a Deborah S. Stile and others,<br>　　　　Movants<br><br>　　v.<br><br>No Respondents | Bankruptcy No.: 15-20230-GLT<br><br>Chapter 13 |

### DEBTORS' AMENDED CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On October 13, 2014, at docket numbers 27 and 28, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: September 4, 2019

By: s/ Robert S. Shreve
Robert S. Shreve, Esquire
Akman & Associates, LLC
345 Southpointe Avenue, Suite 100
Canonsburg, PA 15317
rsshreve@akmanlegal.com
724-514-1001/FAX : 724-514-1016
PA ID: 42918