IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Thomas F. Morrison a/k/a Thomas Frank Morrison and Deborah S. Morrison, a/k/a Deborah Susan Morrison, a/ka/ Deborah S. Calderone, a/k/a Deborah S. Stile and others, Debtors | Bankruptcy No.: 14-23949-JAD<br><br>Chapter 13 |
| and | |
| Thomas F. Morrison a/k/a Thomas Frank Morrison and Deborah S. Morrison, a/k/a Deborah Susan Morrison, a/k/a Deborah S. Calderone, a/k/a Deborah S. Stile and others, Movants | |
| v. | |
| No Respondents | |

**DEBTORS' SECOND AMENDED CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On October 13, 2014, at docket numbers 27 and 28, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: September 5, 2019

By: s/ Robert S. Shreve
Robert S. Shreve, Esquire
Akman & Associates, LLC
345 Southpointe Avenue, Suite 100
Canonsburg, PA 15317
rsshreve@akmanlegal.com
724-514-1001/FAX : 724-514-1016
PA ID: 42918