IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Thomas F. Morrison and Deborah S. Morrison, Debtors | : : : : | BANKRUPTCY NO.: 14-23949-JAD CHAPTER 13 |
| Deborah S. Morrison, Movant | : : : | MOTION NO.:  WO-3 |
| vs. | : : | Related to Doc. #74 |
| UPMC MCKEESPORT, Respondent | : | |

### ORDER TO DISSOLVE WAGE ATTACHMENT OF DEBORAH S. MORRISON

The above-named Debtors having filed a Chapter 13 Petition and having successfully met the Plan Base, will be directly paying their secured creditors.

IT IS, THEREFORE, ORDERED, the entity from which the Debtor receives income: UPMC, McKeesport, 200 Lothrop Street, Pittsburgh, PA 15213.

shall deduct from that income the sum of **$ 0.00per pay period,** beginning **as soon as possible** on the next pay day following receipt of this Order.

IT IS FURTHER ORDERED that this Order supersedes previous Orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

DATED this _____5th_____ day of September 2019.

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

FILED
9/5/19 9:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Thomas F. Morrison  
Deborah S. Morrison  
      Debtors

Case No. 14-23949-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: Sep 05, 2019  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2019.  
db/jdb     +Thomas F. Morrison,    Deborah S. Morrison,    523 Hickory Drive,    West Newton, PA 15089-1294

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019             Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2019 at the address(es) listed below:

       Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com, DanS@w-legal.com  
       James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2003-B bkgroup@kmllawgroup.com  
       Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2003-B bkgroup@kmllawgroup.com  
       Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A bkgroup@kmllawgroup.com  
       Kevin M Buttery    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2003-B kbuttery@rascrane.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Robert S. Shreve    on behalf of Debtor Thomas F. Morrison rsshreve@akmanpc.com, akmanesq@akmanpc.com;shrevebob@verizon.net;arderian@akmanlegal.com  
       Robert S. Shreve    on behalf of Joint Debtor Deborah S. Morrison rsshreve@akmanpc.com, akmanesq@akmanpc.com;shrevebob@verizon.net;arderian@akmanlegal.com  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       Sindi Mncina    on behalf of Creditor    NEW RESIDENTIAL MORTGAGE LOAN TRUST 2018-4 smncina@rascrane.com

                                                  TOTAL: 10