Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Thomas F. Morrison**
**aka Thomas Frank Morrison, aka Tom Morrison**
**Deborah S. Morrison**
**aka Deborah Susan Morrison, aka Deborah S. Calderone, aka**
**Deborah S. Stile, and others...**
   Debtor(s)

Bankruptcy Case No.: 14–23949–JAD

Chapter: 13
Docket No.: 82 – 81

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 25th of October, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/2/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/11/19 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/2/19.**

                                                                 Jeffery A. Deller
                                                                United States Bankruptcy Judge

cm: **All Parties**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 14-23949-JAD
Thomas F. Morrison                                                  Chapter 13
Deborah S. Morrison
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0315-2          User: jfur                 Page 1 of 2            Date Rcvd: Oct 25, 2019
                              Form ID: 408               Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
db/jdb         +Thomas F. Morrison,    Deborah S. Morrison,    523 Hickory Drive,    West Newton, PA 15089-1294
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage, LLC.,    PO Box 619096,
                 Dallas, TX   75261-9741)
cr             +USAA Federal Savings Bank,   c/o Weinstein & Riley, P.S.,    260 W. 36th Street, 8th Floor,
                 New York, NY 10018-7560
13931103       +BBY/CBNA,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
13931102       +Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
13931109       +Chase,    PO Box 15298,   Wilmington, DE 19850-5298
13931110        Chase,    PO Box 15153,   Wilmington, DE 19886-5153
13931111        Chase/SLATE,    PO Box 15123,   Wilmington, DE 19850-5123
13931113       +Frederic I. Weinberg,    Gordon & Weinberg, P. C.,    1001 E. Hector Street,   Suite 220,
                 Conshohocken, PA 19428-2395
13931114        Joseph G. Lucas, Esquire,   519 Court Place,    Pittsburgh, PA 15219-2002
13931117      ++MON VALLEY COMMUNITY FCU,    PO BOX 189,   ALLENPORT PA 15412-0189
               (address filed with court:   Mon Valley Community FCU,    1932 Main Street,   Allenport, PA 15412)
13931116       +Michael F. Ratchford, Esquire,    Edwin A. Abrrhamsen & Associates,    120 North Keyser Avenue,
                 Scranton, PA 18504-9701
13931118        Mon Valley Community FCU,   PO Box 189,    Allenport, PA 15412-0189
13931120        Nationstar Mortgage,    PO Box 60516,    City of Industry, CA 91716-0516
13931121       +Rostraver Township Sewage Authority,    1744 Rostraver Road,    Belle Vernon, PA 15012-4001
13939362       +Rostraver Township Sewage Authority,    c/o Joseph G. Lucas, Esquire,    519 Court Place,
                 Pittsburgh, PA 15219-2002
13931129        Union Plus Credit Card,   PO Box 71104,    Charlotte, NC 28272-1104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13931101        E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2019 03:32:47     AEO/SYNCHRONY BANK,
                 PO Box 960013,    Orlando, FL 32896-0013
13980825       +E-mail/Text: bncmail@w-legal.com Oct 26 2019 03:27:05     Bank of New York Mellon,
                 C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13931104        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 26 2019 03:35:24     Cap One,
                 PO Box 85520,    Richmond, VA 23285
13931105        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 26 2019 03:33:56     Capital One,
                 PO Box 85520,    Richmond, VA 23285
13931106       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 26 2019 03:33:56     Capital One,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
13931107        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 26 2019 03:33:56     Capital One Bank (USA), N. A.,   PO Box 71083,    Charlotte, NC 28272-1083
13931108       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 26 2019 03:35:24
                 Captial One Bank (USA), N. A.,    4851 Cox Road,   Glen Allen, VA 23060-6293
13983735       +E-mail/Text: bnc@bass-associates.com Oct 26 2019 03:25:35     Cavalry Spv I, LLC,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13931112        E-mail/Text: cio.bncmail@irs.gov Oct 26 2019 03:25:50     Department of the Treasury,
                 Internal Revenue Service,   Andover, MA 01810-9041
13931115        E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2019 03:32:48     LOWE’S/GECRB,    PO Box 530914,
                 Atlanta, GA 30353-0914
13963344        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2019 03:32:58
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13939563        E-mail/PDF: cbp@onemainfinancial.com Oct 26 2019 03:35:06     Springleaf Financial,
                 P.O. Box 3251,    Evansville,IN 47708
13931122        E-mail/PDF: cbp@onemainfinancial.com Oct 26 2019 03:32:46
                 Springleaf Financial Services of PA, Inc,    416 E. Pittsburgh Street,
                 Greensburg, PA 15601-2644
13931123       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2019 03:35:11     SYNCB/AEO,    PO Box 965005,
                 Orlando, FL 32896-5005
13931124       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2019 03:33:46     SYNCB/American Eagle,
                 PO Box 965005,    Orlando, FL 32896-5005
13931125       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2019 03:33:46     SYNCB/Care Credit,
                 PO Box 965036,    Orlando, FL 32896-5036
13931126       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2019 03:35:22     SYNCB/Lowes,    PO Box 965005,
                 Orlando, FL 32896-5005
13931127       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2019 03:35:11     SYNCB/Sams Club,   PO Box 965005,
                 Orlando, FL 32896-5005
13931128       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2019 03:35:16     SYNCB/Walmart,    PO Box 965024,
                 Orlando, FL 32896-5024
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NEW RESIDENTIAL MORTGAGE LOAN TRUST 2018-4
cr              THE BANK OF NEW YORK MELLON F/K/A
cr              The Bank of New York Mellon f/k/a The Bank of
cr              The Bank of New York Mellon f/k/a The Bank of New
```

```
District/off: 0315-2           User: jfur                  Page 2 of 2                  Date Rcvd: Oct 25, 2019
                               Form ID: 408                Total Noticed: 36

13931119*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
                                                                                     TOTALS: 4, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
```
              Daniel Brett Sullivan    on behalf of Creditor   USAA Federal Savings Bank BNCmail@w-legal.com,
               DanS@w-legal.com
              James Warmbrodt    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York,
               as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust
               2003-B bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New
               York, as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan
               Trust 2003-B bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A
               bkgroup@kmllawgroup.com
              Kevin M Buttery    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York,
               as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust
               2003-B kbuttery@rascrane.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert S. Shreve    on behalf of Debtor Thomas F. Morrison rsshreve@akmanpc.com,
               akmanesq@akmanpc.com;shrevebob@verizon.net;arderian@akmanlegal.com
              Robert S. Shreve    on behalf of Joint Debtor Deborah S. Morrison rsshreve@akmanpc.com,
               akmanesq@akmanpc.com;shrevebob@verizon.net;arderian@akmanlegal.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sindi Mncina    on behalf of Creditor   NEW RESIDENTIAL MORTGAGE LOAN TRUST 2018-4
               smncina@rascrane.com
                                                                                              TOTAL: 10
```