**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    THOMAS F. MORRISON
    DEBORAH S. MORRISON
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:14-23949 JAD

Chapter 13

Document No.: 81

FILED
12/4/19 10:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

    AND NOW, this 4th day of December, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
jst

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 14-23949-JAD
Thomas F. Morrison                                                  Chapter 13
Deborah S. Morrison
        Debtors
                                 CERTIFICATE OF NOTICE
District/off: 0315-2          User: culy                  Page 1 of 2                  Date Rcvd: Dec 04, 2019
                              Form ID: pdf900             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2019.
db/jdb         +Thomas F. Morrison,    Deborah S. Morrison,   523 Hickory Drive,   West Newton, PA 15089-1294
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC.,    PO Box 619096,
                Dallas, TX   75261-9741)
cr             +USAA Federal Savings Bank,    c/o Weinstein & Riley, P.S.,   260 W. 36th Street, 8th Floor,
                New York, NY 10018-7560
13931103       +BBY/CBNA,   50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
13931102       +Bank of America,   PO Box 17054,   Wilmington, DE 19850-7054
13931109       +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
13931110        Chase,   PO Box 15153,   Wilmington, DE 19886-5153
13931111        Chase/SLATE,   PO Box 15123,   Wilmington, DE 19850-5123
13931113       +Frederic I. Weinberg,    Gordon & Weinberg, P. C.,   1001 E. Hector Street,   Suite 220,
                Conshohocken, PA 19428-2395
13931114        Joseph G. Lucas, Esquire,   519 Court Place,   Pittsburgh, PA 15219-2002
13931117      ++MON VALLEY COMMUNITY FCU,   PO BOX 189,   ALLENPORT PA 15412-0189
                (address filed with court:   Mon Valley Community FCU,    1932 Main Street,   Allenport, PA 15412)
13931116       +Michael F. Ratchford, Esquire,   Edwin A. Abrrhamsen & Associates,    120 North Keyser Avenue,
                Scranton, PA 18504-9701
13931118        Mon Valley Community FCU,    PO Box 189,   Allenport, PA 15412-0189
13931120        Nationstar Mortgage,    PO Box 60516,   City of Industry, CA 91716-0516
13931121       +Rostraver Township Sewage Authority,   1744 Rostraver Road,   Belle Vernon, PA 15012-4001
13939362       +Rostraver Township Sewage Authority,   c/o Joseph G. Lucas, Esquire,    519 Court Place,
                Pittsburgh, PA 15219-2002
13931129        Union Plus Credit Card,   PO Box 71104,    Charlotte, NC 28272-1104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13931101        E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2019 02:55:42      AEO/SYNCHRONY BANK,
                 PO Box 960013,   Orlando, FL 32896-0013
13980825       +E-mail/Text: bncmail@w-legal.com Dec 05 2019 02:54:35      Bank of New York Mellon,
                 C/O Weinstein & Riley, P.S.,   2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13931104        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 05 2019 02:56:08      Cap One,
                 PO Box 85520,   Richmond, VA 23285
13931105        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 05 2019 02:56:35      Capital One,
                 PO Box 85520,   Richmond, VA 23285
13931106       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 05 2019 02:55:44      Capital One,
                 26525 N Riverwoods Blvd,   Mettawa, IL 60045-3438
13931107        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 05 2019 02:56:35      Capital One Bank (USA), N. A.,   PO Box 71083,   Charlotte, NC 28272-1083
13931108       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 05 2019 02:56:08
                 Captial One Bank (USA), N. A.,   4851 Cox Road,    Glen Allen, VA 23060-6293
13983735       +E-mail/Text: bnc@bass-associates.com Dec 05 2019 02:53:35      Cavalry Spv I, LLC,
                 c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13931112        E-mail/Text: cio.bncmail@irs.gov Dec 05 2019 02:53:42      Department of the Treasury,
                 Internal Revenue Service,   Andover, MA 01810-9041
13931115        E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2019 02:55:41      LOWE'S/GECRB,   PO Box 530914,
                 Atlanta, GA 30353-0914
13963344        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2019 03:08:03
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13939563        E-mail/PDF: cbp@onemainfinancial.com Dec 05 2019 02:56:04      Springleaf Financial,
                 P.O. Box 3251,   Evansville,IN 47708
13931122        E-mail/PDF: cbp@onemainfinancial.com Dec 05 2019 02:55:41
                 Springleaf Financial Services of PA, Inc,    416 E. Pittsburgh Street,
                 Greensburg, PA 15601-2644
13931123       +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2019 02:56:05      SYNCB/AEO,   PO Box 965005,
                 Orlando, FL 32896-5005
13931124       +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2019 02:56:31      SYNCB/American Eagle,
                 PO Box 965005,   Orlando, FL 32896-5005
13931125       +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2019 02:55:41      SYNCB/Care Credit,
                 PO Box 965036,   Orlando, FL 32896-5036
13931126       +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2019 02:55:42      SYNCB/Lowes,   PO Box 965005,
                 Orlando, FL 32896-5005
13931127       +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2019 02:56:05      SYNCB/Sams Club,   PO Box 965005,
                 Orlando, FL 32896-5005
13931128       +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2019 02:56:31      SYNCB/Walmart,   PO Box 965024,
                 Orlando, FL 32896-5024
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             NEW RESIDENTIAL MORTGAGE LOAN TRUST 2018-4
cr             THE BANK OF NEW YORK MELLON F/K/A
cr             The Bank of New York Mellon f/k/a The Bank of
cr             The Bank of New York Mellon f/k/a The Bank of New
```

```
District/off: 0315-2           User: culy              Page 2 of 2                   Date Rcvd: Dec 04, 2019
                               Form ID: pdf900         Total Noticed: 36

13931119*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
                                                                                          TOTALS: 4, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2019 at the address(es) listed below:

```
              Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com,
               DanS@w-legal.com
              James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust
               2003-B bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan
               Trust 2003-B bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A
               bkgroup@kmllawgroup.com
              Kevin M Buttery    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust
               2003-B kbuttery@rascrane.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert S. Shreve    on behalf of Debtor Thomas F. Morrison rsshreve@akmanpc.com,
               akmanesq@akmanpc.com;shrevebob@verizon.net;arderian@akmanlegal.com
              Robert S. Shreve    on behalf of Joint Debtor Deborah S. Morrison rsshreve@akmanpc.com,
               akmanesq@akmanpc.com;shrevebob@verizon.net;arderian@akmanlegal.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sindi  Mncina    on behalf of Creditor    NEW RESIDENTIAL MORTGAGE LOAN TRUST 2018-4
               smncina@rascrane.com
                                                                                             TOTAL: 10
```